# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00527-CV

**Francisco Avila, Appellant**

**v.**

**San Juanita Avila, Appellee**

## FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. C2016-1991C, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 29, 2024. On February 8, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by February 20, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: March 21, 2024